```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RICHARD LIEBERMAN,                :     CIVIL ACTION
                                  :     NO. 14-3393
        Plaintiff,                :
                                  :
     v.                           :
                                  :
CORPORACION EXPERIENCA            :
     UNICA, S.A., et al.,         :
                                  :
        Defendants.               :


RICHARD KREIBICH, et al.,         :     CIVIL ACTION
                                  :     NO. 14-5102
        Plaintiffs,               :
                                  :
     v.                           :
                                  :
PLAYA DULCE VIDA, S.A., et al.,   :
                                  :
        Defendants.               :
```

## O R D E R

**AND NOW**, this **27TH** day of **December, 2016,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED**:

In the case of <u>Lieberman v. Corporacion Experienca Unica, S.A.</u>, No. 14-3393:

    (1) Plaintiffs' Motion to Appoint Receiver (ECF No. 45) is **DENIED.**

    (2) Plaintiffs' Motion for Leave to File Reply (ECF

    No. 49) is **GRANTED**.

    (3) Defendants' Motion for Judgment on the Pleadings (ECF No. 57) is **DENIED**.

    (4) Defendant's Motion for Leave to File Reply (ECF No. 60) is **GRANTED**.

In the case of <u>Kreibich v. Playa Dulce Vida, S.A.</u>, No. 14-5102:

    (1) Defendants' Motion for Summary Judgment (ECF No. 32) is **GRANTED** as to Plaintiffs' claims of alter ego liability/piercing the corporate veil and of tortious interference with contract, but **DENIED** as to the remainders of Plaintiffs' claims.

    (2) Defendants' Motion for Judgment on the Pleadings (ECF No. 41) is **DENIED**.

    (3) Defendants' Motions for Leave to File Reply (ECF Nos. 37, 44) are **GRANTED**.

    (4) Plaintiffs' Motions for Leave to File Sur-Replies (ECF Nos. 38, 39) are **GRANTED**.

**AND IT IS SO ORDERED.**

                                          /s/ Eduardo C. Robreno
                                          **EDUARDO C. ROBRENO,    J.**