## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. RICHARD LIEBERMAN | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | Case No. 14-3393 |
| | : | |
| PLAYA DULCE VIDA, S.A., | : | |
| HAWK OPPORTUNITY FUND, | : | |
| L.P., HAWK MANAGEMENT | : | |
| L.P., HWC, LLC and | : | |
| DAVID CALLAN | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Local Rules of Civil Procedure of the United

States District Court for the Eastern District of Pennsylvania, Brian E. O'Neill, Esquire hereby

withdraws his appearance as co-counsel to Plaintiff, Dr. Richard Lieberman, the Plaintiff in the

above-captioned case and that Barbara A. Fein, Esquire of Silverang, Donohoe, Rosenzweig &

Haltzman, LLC enters her appearance as co-counsel to Plaintiff, Dr. Richard Lieberman in the

above-captioned case, in full substitution for Brian E. O'Neill.

**SILVERANG, DONOHOE**
**ROSENZWEIG & HALTZMAN, LLC**

October 11, 2018        By:    /s/ Barbara A. Fein, Esquire
                                        bfein@sanddlawyers.com
                                        Attorney ID No. 53002
                                        595 E. Lancaster Avenue, Suite 203
                                        St. Davids, PA 19087
                                        P: (610) 263-0115
                                        F: (215) 754-4934
                                        Co-Counsel for Dr. Richard Lieberman

{00991917;1}

October 11, 2018                    By:     /s/ Brian E. O'Neill, Esquire
                                            Attorney ID No. 78959

                                            Withdrawing Counsel for
                                            Dr. Richard Lieberman

{00991917;1}

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DR. RICHARD LIEBERMAN                  :
                                       :        CIVIL ACTION
                        Plaintiff,     :
            vs.                        :        Case No. 14-3393
                                       :
PLAYA DULCE VIDA, S.A.,                :
HAWK OPPORTUNITY FUND,                 :
L.P., HAWK MANAGEMENT                  :
L.P., HWC, LLC and                     :
DAVID CALLAN                           :
                                       :
                        Defendants.    :

CERTIFICATE OF SERVICE

I, Barbara A. Fein, Esquire, hereby certify that on this date, October 11, 2018, I caused a

true and correct copy of the foregoing Notice of Substitution of Counsel to be filed electronically

using the Court's Electronic Case Filing System, where it is available for viewing and

downloading by all counsel of record.

SILVERANG, DONOHOE
ROSENZWEIG & HALTZMAN, LLC

By:    /s/ Barbara A. Fein, Esquire
       bfein@sanddlawyers.com
       Attorney ID No. 53002
       595 E. Lancaster Avenue, Suite 203
       St. Davids, PA 19087
       P: (610) 263-0115
       F: (215) 754-4934

       Attorneys for Dr. Richard Lieberman

{00991917;1}