IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Richard Lieberman, | : | CIVIL ACTION |
| | : | NO. 14-3393 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| Corporacion Experiencia | : | |
| Unica, S.A., et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this **16th** day of **October, 2019,** it is hereby **ORDERED** that a telephone status conference will be held on October 21, 2019, at 2:00 p.m. before the Honorable Eduardo C. Robreno. Philip S. Rosenzweig, Esquire, shall place the call directly to Chambers (215-597-4073) once all participating parties are on the line.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*