IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE ESTATE OF DR. RICHARD LIEBERMAN** | : | |
| | : | **CIVIL ACTION** |
| VS. | : | |
| | : | **NO: 14-3393** |
| **PLAYA DULCE VIDA, S.A.** | : | |

<u>**CIVIL JUDGMENT**</u>

Before the Honorable Eduardo C. Robreno

**AND NOW,** on this **19th** day of **November, 2021,** and in accordance the verdict of the Jury,

It is hereby **ORDERED** that that **JUDGMENT** be and the same is hereby entered in favor of Plaintiff The Estate of Dr. Richard Lieberman and against Defendant Playa Dulce Vida, S.A. in the amount of $2,468,699.00

BY THE COURT

ATTEST: <u>  s/Ronald Vance</u>
        **Deputy Clerk**