IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF DR. RICHARD LIEBERMAN, | : : : | CIVIL ACTION NO. 14-3393 |
| Plaintiff, | : : | |
| v. | : : | |
| PLAYA DULCE VIDA, S.A., | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **9th** day of **January, 2023,** after considering Plaintiff's Post-judgment Motion for Charging Order (ECF No. 244) and Defendant's Response in Opposition (ECF No. 246), it is hereby **ORDERED** that the motion is **DENIED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**